LAW OFFICES OF ROBERT P. SPRETNAK
Robert P. Spretnak, Esq. (Bar No. 5135)
8275 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Telephone: (702) 454-4900
Fax: (702) 938-1055
Email: bob @ spretnak.com
Attorney for Plaintiff Donald McNamee

JACKSON LEWIS, P.C.
Veronica Arechederra Hall, Esq. (Bar No. 5855)
Phillip C. Thompson, Esq. (Bar No. 12114)
3800 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Telephone: (702) 921-2460
Fax: (702) 921-2461
Email: veronica.hall@jacksonlewis.com; phillip.thompson@jacksonlewis.com
Attorneys for Defendant PAE Applied Technologies LLC, a Delaware limited liability company

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DONALD McNAMEE,<br><br>    Plaintiff,<br><br>vs.<br><br>COMPUTER SCIENCES CORPORATION, a Nevada corporation; CSC APPLIED TECHNOLOGIES, LLC, a division of COMPUTER SCIENCES CORPORATION, a Nevada corporation; and PAE APPLIED TECHNOLOGIES LLC, a Delaware limited liability company,<br><br>    Defendants. | Case No.: 2:15-cv-01957-RFB-VCF<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

IT IS STIPULATED AND AGREED, by Plaintiff DONALD McNAMEE, by Defendant COMPUTER SCIENCES CORPORATION, a Nevada corporation, and by Defendant PAE APPLIED TECHNOLOGIES, LLC, a Delaware limited liability company, by and through their respective counsel of record, that all claims in this above-entitled matter are hereby DISMISSED WITH PREJUDICE.

The parties have agreed that each party shall bear his or its own attorney's fees and costs.

////

////

THE LAW OFFICES OF
ROBERT P. SPRETNAK
A PROFESSIONAL CORPORATION
8275 S. EASTERN AVENUE
SUITE 200
LAS VEGAS, NEVADA 89123

Page 1 of 2

Further, this Court shall retain jurisdiction over any disputes arising out of the court-facilitated resolution of this matter.

DATED: April 6, 2016.

LAW OFFICES OF ROBERT P. SPRETNAK

By: /s/ Robert P. Spretnak
    Robert P. Spretnak, Esq.

Attorney for Plaintiff Donald McNamee

8275 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123

DATED: April 6, 2016.

JACKSON LEWIS, P.C.

By: /s/ Veronica Arechederra Hall
    Veronica Arechederra Hall, Esq.
    Phillip C. Thompson, Esq.

Attorneys for Defendant PAE Applied Technologies LLC, a Delaware limited liability company

3800 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169

DATED: April 6, 2016.

FISHER & PHILLIPS LLP

By: _____
    Scott M. Mahoney, Esq.

Attorneys for Defendant Computer Sciences Corporation, a Nevada corporation

300 S. Fourth Street, Suite 1500
Las Vegas, Nevada 89101

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
United States District Judge

Dated: April 7, 2016

THE LAW OFFICES OF
ROBERT P. SPRETNAK
A PROFESSIONAL CORPORATION
8275 S. EASTERN AVENUE
SUITE 200
LAS VEGAS, NEVADA 89123

Page 2 of 2